

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-21-00009-CV

Ernest **BUSTOS,**
Appellant

v.

**ENCINO PARK HOMEOWNERS,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant's reply brief was due on March 1, 2022.  *See* TEX. R. APP. P. 38.6(c).  Before the due date, Appellant filed an unopposed motion for a twenty-day extension of time to file the reply brief, and on March 21, 2011, Appellant filed the reply brief.

Appellant's motion is granted; the reply brief is deemed timely filed.  *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court